UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EUGENE SCOTT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARSON SHERIFF DEPT., ET AL.,<br><br>　　　　　Defendant(s). | Case No. CV 18-6221-JLS (KK)<br><br>**ORDER ACCEPTING IN PART FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the Report to which defendant McGee has objected. The Court agrees with defendant McGee's objection and concludes that because Plaintiff was a released probationer and not a convicted and sentenced inmate, as a matter of law he may not assert an Eighth Amendment excessive force claim. Accordingly, Plaintiff's excessive force claim pursuant to the Eighth Amendment is DISMISSED. In all other respects, the Court accepts the findings and recommendation of the Magistrate Judge.

//

//

//

IT IS THEREFORE ORDERED that the Motion to Dismiss filed by defendant Dr. Jones is DENIED. The Motion to Dismiss filed by defendant McGee is GRANTED as to Plaintiff's Eighth Amendment excessive force claim, and DENIED as to his Fourteenth Amendment excessive force claim.

Dated: 01/30/2020

HONORABLE JOSEPHINE L. STATON
United States District Judge