COLLINS COLLINS
MUIR + STEWART LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL EUGENE SCOTT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CARSON SHERIFF DEPARTMENT,<br>LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT<br>MEDICAL, OFFICER MAGEE,<br>ALDRIC M. JONES,<br><br>　　　　Defendants. | CASE NO. 2:18-CV-06221-JLS-KK<br>*[Assigned to the Hon. Josephine L. Staton in Courtroom 10A]*<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION PURSUANT TO STIPULATION**<br><br>*[Filed concurrently with Stipulation for Dismissal]*<br><br>**Complaint Filed:** 07/18/2018<br>**Trial Date:** None |

///
///
///

21609

1

**ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, this action and the pending Third Amended Complaint of Plaintiff filed on May 24, 2019 is hereby dismissed in its entirety with prejudice as to all Defendants as set forth in Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: 03/22/2020

*[signature]*

THE HON. JOSEPHINE L. STANTON
UNITED STATES DISTRICT COURT JUDGE

COLLINS COLLINS
MUIR + STEWART LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111